# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 22-cv-00766 <br><br> Removed from the Circuit Court of Cook County, Illinois, Case No. 2021-L-012972 |

**CORPORATE DISCLOSURE STATEMENT & NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Favorite Healthcare Staffing, LLC[1] states that it is a wholly owned subsidiary of ICS US Holdings, Inc., a privately held company.

Dated: February 11, 2022

Respectfully submitted,

FAVORITE HEALTHCARE STAFFING, LLC

*/s/ Kyle J. Mueller*
Kyle J. Mueller

---

[1] Defendant is improperly named as Favorite Healthcare Staffing, Inc. The proper Defendant is Favorite Healthcare Staffing, LLC.

Anthony J. Romano (pending *pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
816.627.4400

Kyle J. Mueller
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.372.5520

**CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney, hereby certifies that, on February 11, 2022, he caused a copy of the foregoing ***Corporate Disclosure Statement & Notification as to Affiliates*** to be electronically filed with the Clerk of the Court, using the court's CM/ECF system, and to be served by electronic mail and U.S. Mail upon the following:

Navarrio Wilkerson, Esq.<br>
Disparti Law Group, P.A.<br>
121 W. Wacker Drive, Suite 2300<br>
Chicago, IL 60601<br>
T: (312) 506-5511 ext. 336<br>
F: (312) 846-6363<br>
navarrio@dispartilaw.com

*s/Kyle J. Mueller*
Kyle J. Mueller