**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EILEEN MERCER, Plaintiff, v. FAVORITE HEALTHCARE STAFFING, INC., Defendant. | Case No. 1:22-cv-00766 Honorable Jorge L. Alonso |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Favorite Healthcare Staffing, LLC[1] ("Defendant" or "Favorite Healthcare"), by and through its attorneys, hereby moves for a 21-day extension of time to answer or otherwise plead, up to and including March 11, 2022. In support of its unopposed motion, Favorite Healthcare states the following:

1. On December 29, 2021, Plaintiff Eileen Mercer, ("Plaintiff" or "Mercer") filed a lawsuit in the Circuit Court of Cook County, Illinois, Law Division, entitled *Eileen Mercer v. Favorite Healthcare Staffing, Inc.*, Case No. 2021-L-012972.

2. Favorite Healthcare was served with Summons and the Complaint on January 13, 2022 and timely effectuated a removal of this action to this Court on February 11, 2022, pursuant to 28 U.S.C. §§1332, 1441, and 1446.

3. To date, Favorite Healthcare has not answered or otherwise pled in response to the Complaint.

4. The Federal Rules of Civil Procedure provide, in relevant part, that:

[1] Defendant is improperly named as Favorite Healthcare Staffing, Inc. The proper Defendant is Favorite Healthcare Staffing, LLC.

> A defendant who did not answer before removal must answer or present other defenses or objections within the longest of these periods:
>
> (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief;
> (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or
> (C) 7 days after the notice of removal is filed.

Fed. R. Civ. P. 81(c)(2).

5. Accordingly, absent extension, Favorite Healthcare's deadline to answer or otherwise plead is February 18, 2022.

6. Favorite Healthcare is in the process of investigating the allegations raised in the Complaint and respectfully requests an additional 21 days, up to and including March 11, 2022, to answer or otherwise plead.

7. On February 14, 2022, counsel for Favorite Healthcare conferred with counsel for Plaintiff regarding the requested extension. Counsel for Plaintiff indicated that Plaintiff does not oppose the instant motion.

8. This extension is sought in good faith, is not brought for purposes of delay or any other improper purpose, and will not unduly prejudice either party.

WHEREFORE, Favorite Healthcare respectfully requests this Court grant its Unopposed Motion for Extension of Time to Answer or Otherwise Plead, up to and including March 11, 2022.

Dated: February 14, 2022

Respectfully submitted,

FAVORITE HEALTHCARE STAFFING, LLC

*/s/ Kyle J. Mueller*

Kyle J. Mueller

Anthony J. Romano (pending *pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
816.627.4400

Kyle J. Mueller
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.372.5520

## CERTIFICATE OF SERVICE

Kyle J. Mueller, an attorney hereby certifies that on February 14, 2022, he caused a copy of the foregoing ***Unopposed Motion for Extension of Time to Answer or Otherwise Plead*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

*/s/Kyle J. Mueller*
Kyle J. Mueller