IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso |

### NOTICE OF MOTION

TO:   Navarrio Wilkerson, Esq.
       DISPARTI LAW GROUP, P.A.
       121 W. Wacker Drive, Suite 2300
       Chicago, IL 60601
       navarrio@dispartilaw.com

**PLEASE TAKE NOTICE** that on Thursday, February 17, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jorge L. Alonso, in courtroom 1903, of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, or any judge sitting in his stead, and present Defendant's *Unopposed Motion for Extension of Time to Answer or Otherwise Plead*, a copy of which is herewith served upon you.

Dated: February 14, 2022

                                          Respectfully submitted,

                                          FAVORITE HEALTHCARE STAFFING, LLC

                                          */s/ Kyle J. Mueller*
                                                           Kyle J. Mueller

Anthony J. Romano (pending *pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
816.627.4400

Kyle J. Mueller
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.372.5520

## **CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney hereby certifies that on February 14, 2022, he caused a copy of the foregoing *Notice of Motion* to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

/s/Kyle J. Mueller
Kyle J. Mueller