# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Eileen Mercer v. Favorite Healthcare Staffing, Inc.

Case Number: 1:22-cv-00766

An appearance is hereby filed by the undersigned as attorney for:
Favorite Healthcare Staffing, LLC

Attorney name (type or print): Anthony J. Romano

Firm: Littler Mendelson, P.C.

Street address: 1201 Walnut Street, Suite 1450

City/State/Zip: Kansas City, MO 64106

Bar ID Number: 36919
(See item 3 in instructions)

Telephone Number: 816-627-4406

Email Address: aromano@littler.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 17, 2022

Attorney signature: S/ Anthony J. Romano
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015