IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br>  Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br>  Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso |

**UNOPPOSED MOTION FOR ADDITIONAL EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Favorite Healthcare Staffing, LLC[1] ("Defendant" or "Favorite Healthcare"), by and through its attorneys, hereby moves for an additional extension of time to answer or otherwise plead, up to and including April 15, 2022. In support of its unopposed motion, Favorite Healthcare states the following:

1. On February 11, 2022, Favorite Healthcare timely effectuated a removal to this Court pursuant to 28 U.S.C. §§1332, 1441, and 1446. (Dkt. 1).

2. On February 15, 2022, the Court granted Favorite Healthcare's unopposed motion for extension of time to answer or otherwise plead, up to and including March 11, 2022. (Dkt. 9).

3. On February 24, 2022, the Court ordered Favorite Healthcare to file an amended notice of removal that adequately states a basis for this Court's jurisdiction within 28 days. Accordingly, the amended notice of removal is due March 24, 2022. (Dkt. 11).

4. Favorite Healthcare is in the process of gathering the additional information needed to file its amended notice of removal. In an effort to ensure that the Court can confirm its

---

[1] Defendant is improperly named as Favorite Healthcare Staffing, Inc. The proper Defendant is Favorite Healthcare Staffing, LLC.

-2-

jurisdiction over this action before any substantive litigation, Favorite Healthcare respectfully requests that its deadline to answer or otherwise plead be extended to three weeks after the amended notice of removal is due, up to and including April 15, 2022.

5. This extension would also enable the parties to finish exploring early resolution options, and if those efforts are not successful, for Favorite Healthcare to complete its responsive pleading.

6. On March 1, 2022, counsel for Favorite Healthcare conferred with counsel for Plaintiff regarding the requested extension. Counsel for Plaintiff indicated that Plaintiff does not oppose the instant motion.

7. This extension is sought in good faith, is not brought for purposes of delay or any other improper purpose, and will not unduly prejudice either party.

WHEREFORE, Favorite Healthcare respectfully requests that this Court grant its Unopposed Motion for Additional Extension of Time to Answer or Otherwise Plead, up to and including April 15, 2022.

Dated: March 2, 2022	Respectfully submitted,

FAVORITE HEALTHCARE STAFFING, LLC

*/s/ Kyle J. Mueller*
Kyle J. Mueller

Anthony J. Romano (*pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
ARomano@littler.com
816.627.4400

-3-

Kyle J. Mueller (#6324389)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
KMueller@littler.com
312.372.5520

**CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney, hereby certifies that on March 2, 2022, he caused a copy of the foregoing *Unopposed Motion for Additional Extension of Time to Answer or Otherwise Plead* to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.<br>
DISPARTI LAW GROUP, P.A.<br>
121 W. Wacker Drive, Suite 2300<br>
Chicago, IL 60601<br>
T: (312) 506-5511 ext. 336<br>
F: (312) 846-6363<br>
navarrio@dispartilaw.com

                                                   */s/Kyle J. Mueller*
                                                    Kyle J. Mueller