IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso |

**UNOPPOSED MOTION FOR ADDITIONAL EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Favorite Healthcare Staffing, LLC[1] ("Defendant" or "Favorite Healthcare"), by and through its attorneys, hereby moves for an additional extension of time to answer or otherwise plead, up to and including April 29, 2022. In support of its unopposed motion, Favorite Healthcare states the following:

1. On February 11, 2022, Favorite Healthcare timely effectuated a removal to this Court pursuant to 28 U.S.C. §§1332, 1441, and 1446. (Dkt. 1).

2. On February 15, 2022, the Court granted Favorite Healthcare's unopposed motion for extension of time to answer or otherwise plead, up to and including March 11, 2022. (Dkt. 9).

3. On February 24, 2022, the Court ordered Favorite Healthcare to file an amended notice of removal that adequately states a basis for this Court's jurisdiction within 28 days. (Dkt. 11).

---

[1] Defendant is improperly named as Favorite Healthcare Staffing, Inc. The proper Defendant is Favorite Healthcare Staffing, LLC.

-2-

4. On March 7, 2022, the Court granted Favorite Healthcare's unopposed motion for additional extension of time to answer or otherwise plead, up to and including April 15, 2022. (Dkt. 14).

5. On March 22, 2022, Favorite Healthcare filed an amended notice of removal in compliance with the Court's order. (Dkt. 15).

6. Unfortunately, counsel for Favorite Healthcare will have a difficult time meeting the April 15, 2022 responsive pleading deadline due a COVID-19 family emergency. The undersigned counsel recently tested positive and is experiencing symptoms of COVID-19, along with his wife and preschool age daughter. His wife tested positive while traveling out of state and will need to remain out of state to isolate, so the undersigned counsel is the sole caregiver for his preschool age daughter while they recover from COVID-19.

7. Favorite Healthcare accordingly requests a two-week extension until April 29, 2022 to answer or otherwise plead. This extension will also enable the parties to finish exploring early resolution options, as the parties continue to engage in settlement discussions.

8. Counsel for Favorite Healthcare notified Plaintiff's counsel of this unexpected circumstance and Plaintiff's counsel has no objection to the extension of time.

9. This extension is sought in good faith, is not brought for purposes of delay or any other improper purpose, and will not unduly prejudice either party.

WHEREFORE, Favorite Healthcare respectfully requests that this Court grant its Unopposed Motion for Additional Extension of Time to Answer or Otherwise Plead, up to and including April 29, 2022.

Dated: March 29, 2022                    Respectfully submitted,

                                        FAVORITE HEALTHCARE STAFFING, LLC

                                        */s/ Kyle J. Mueller*
                                                    Kyle J. Mueller

Anthony J. Romano (*pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
ARomano@littler.com
816.627.4400

Kyle J. Mueller (#6324389)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
KMueller@littler.com
312.372.5520

## CERTIFICATE OF SERVICE

Kyle J. Mueller, an attorney, hereby certifies that on March 29, 2022, he caused a copy of the foregoing *Unopposed Motion for Additional Extension of Time to Answer or Otherwise Plead* to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

*/s/Kyle J. Mueller*
Kyle J. Mueller