# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso |

## NOTICE OF MOTION

TO:    Navarrio Wilkerson, Esq.
         DISPARTI LAW GROUP, P.A.
         121 W. Wacker Drive, Suite 2300
         Chicago, IL 60601
         navarrio@dispartilaw.com

      **PLEASE TAKE NOTICE** that on Friday May 6, 2022 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jorge L. Alonso, in courtroom 1903, of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, or any judge sitting in his stead, and present ***Defendant's Motion to Dismiss***, a copy of which is herewith served upon you.

Dated: April 29, 2022

                                                       Respectfully submitted,

                                                       FAVORITE HEALTHCARE STAFFING, LLC

                                                       */s/ Kyle J. Mueller*
                                                             Kyle J. Mueller

Anthony J. Romano (*pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
ARomano@littler.com
816.627.4400

-2-

Kyle J. Mueller (#6324389)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
KMueller@littler.com
312.372.5520

## **CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney, hereby certifies that on April 29, 2022, he caused a copy of the foregoing *Notice of Motion* to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

*/s/Kyle J. Mueller*
Kyle J. Mueller