## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Eileen Mercer
                       Plaintiff,

v.                                                  Case No.: 1:22–cv–00766
                                                       Honorable Jorge L. Alonso

Favorite Healthcare Staffing, Inc.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's response to Defendant's Motion to Dismiss [19] shall be filed by 5/31/22; Defendant's reply shall be filed by 6/14/22. Telephonic status and motion hearing date of 5/6/22 is stricken. The Court will rule electronically on the motion. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.