IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso |

## JOINT INITIAL STATUS REPORT

Pursuant to the Court's Minute Entry dated March 31, 2022, the parties submit the following Joint Initial Status Report:

**I.      NATURE OF THE CASE**

    **A.**      State the basis for federal jurisdiction.

This action was removed from the Circuit Court of Cook County based upon diversity jurisdiction under 28 U.S.C. §1332(a)(1). (*See* Dkt. 15).

    **B.**      Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims.

Plaintiff brings three separate counts under the Illinois Whistleblower Act ("IWA") (740 ILCS § 174/1, et seq.).

    **C.**      Describe the relief sought.

Plaintiff seeks all available damages under the Illinois Whistleblower Act, including but not limited to back pay with interest, front pay, and any damages sustained as a result of the violations, including litigation cost and reasonable attorney's fees.

    **D.**      State whether there has been a jury demand.

Plaintiff demands a trial by jury as to all Counts.

    **E.**      List the names of any parties who have not yet been served.

None.

**II. DISCOVERY AND PENDING MOTIONS**

    **A.**    Identify any pending motions.

Defendant filed a motion to dismiss on April 29, 2022. (Dkt. 19).

    **B.**    Submit a proposal for discovery and a case management plan that includes the following information: (1) the type of discovery needed, including any potential electronic discovery or bifurcated discovery; (2) the need for any proposed protective orders; (3) a date for Rule 26(a)(1) disclosures; (4) a date for the completion of fact discovery; and (5) whether there will be expert discovery.

Should this case proceed to discovery, the parties propose the following case management plan:

    Initial disclosures: shall be exchanged 28 days after a ruling on Defendant's pending motion to dismiss

    Written fact discovery: shall be issued 35 days after a ruling on Defendant's pending motion to dismiss

    Fact discovery: shall close 210 days after a ruling on Defendant's pending motion to dismiss

The parties do not anticipate the need for electronic discovery or bifurcated discovery. The parties request a status hearing after the close of fact discovery to ascertain whether expert discovery will be needed. Defendant intends to draft a proposed protective order using the Northern District of Illinois template.

**III. SETTLEMENT AND REFERRALS**

    **A.**    State whether any settlement discussions have occurred and describe the status of any settlement discussions. (Do not provide the particulars of any demands or offers that have been made.)

The parties engaged in limited settlement discussions at the outset of this case but wish to proceed with the case for the time being.

    **B.**    State whether the parties request a settlement conference at this time before this Court or the Magistrate Judge.

The parties do not request a settlement conference at this time.

    **C.**    State whether counsel have informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment, and whether the parties unanimously consent to the Magistrate Judge's jurisdiction. (Do not report whether individual parties have

so consented.) The court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge.

The parties do not consent to proceed before Magistrate Judge Gabriel A. Fuentes at this time.

Dated: May 3, 2022                                                  Respectfully submitted,

EILEEN MERCER                                                       FAVORITE HEALTHCARE STAFFING, LLC

/s/Navarrio Wilkerson                                               /s/Kyle J. Mueller

Navarrio Wilkerson, Esq.                                            Anthony J. Romano (*pro hac vice*)
DISPARTI LAW GROUP, P.A.                                            LITTLER MENDELSON, P.C.
121 W. Wacker Drive, Suite 2300                                     1201 Walnut Street, Suite 1450
Chicago, IL 60601                                                   Kansas City, MO 64106
T: (312) 506-5511 ext. 336                                          ARomano@littler.com
F: (312) 846-6363                                                   816.627.4400
navarrio@dispartilaw.com

                                                               Kyle J. Mueller (#6324389)
                                                               LITTLER MENDELSON, P.C.
                                                               321 North Clark Street, Suite 1100
                                                               Chicago, IL 60654
                                                               KMueller@littler.com
                                                               312.372.5520

## CERTIFICATE OF SERVICE

Kyle J. Mueller, an attorney, hereby certifies that on May 3, 2022, he caused a copy of the foregoing ***Joint Initial Status Report*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

*/s/Kyle J. Mueller*
Kyle J. Mueller