IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER THE COMPLAINT**

Defendant Favorite Healthcare Staffing, LLC[1] ("Defendant" or "Favorite Healthcare"), by and through its attorneys, hereby moves for a 21-day extension of time to answer the complaint, up to and including April 14, 2023. In support of its motion, Favorite Healthcare states the following:

1. On March 10, 2023, the Court denied Favorite Healthcare's motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. The Federal Rules of Civil Procedure provide that a responsive pleading must be served within 14 days after a denial of a motion to dismiss, unless the court sets a different time. Fed. R. Civ. P. 12(a)(4).

3. Accordingly, absent extension, Favorite Healthcare's deadline to answer the complaint is March 24, 2023.

4. Favorite Healthcare is in the process of investigating the allegations raised in the complaint, including review of evidence gathered at the outset of the case and contact with

---

[1] Defendant is improperly named as Favorite Healthcare Staffing, Inc. The proper Defendant is Favorite Healthcare Staffing, LLC.

relevant witnesses. The Company respectfully requests an additional 21 days to complete its investigation and to file an answer, up to and including April 14, 2023.

5. On March 21, 2023, counsel for Favorite Healthcare conferred with counsel for Plaintiff regarding the requested extension. Counsel for Plaintiff indicated that Plaintiff does not oppose the instant motion.

6. This extension is sought in good faith, is not brought for purposes of delay or any other improper purpose, and will not unduly prejudice either party.

WHEREFORE, Favorite Healthcare respectfully requests this Court grant an extension of time to answer the complaint, up to and including April 14, 2023.

| | |
|---|---|
| Dated: March 21, 2023 | Respectfully submitted, |
| | FAVORITE HEALTHCARE STAFFING, LLC |
| | */s/ Kyle J. Mueller* |
| | Kyle J. Mueller |

Anthony J. Romano (*pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
ARomano@littler.com
816.627.4400

Kyle J. Mueller (#6324389)
Jeneé Gaskin (#6312870)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
KMueller@littler.com
jgaskin@littler.com
312.372.5520

## **CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney, hereby certifies that on March 21, 2023, he caused a copy of the foregoing ***Unopposed Motion for Extension of Time to Answer the Complaint*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

*/s/Kyle J. Mueller*
Kyle J. Mueller