# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, | |
| Plaintiff, | Case No. 1:22-cv-00766 |
| v. | |
| FAVORITE HEALTHCARE STAFFING, INC., | Honorable Jorge L. Alonso |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated March 21, 2023, the parties submit the following joint status report:

**I. NATURE OF THE CASE**

    **A.** State the basis for federal jurisdiction.

This action was removed from the Circuit Court of Cook County, Illinois based upon diversity jurisdiction under 28 U.S.C. §1332(a)(1).

    **B.** Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims.

Plaintiff brings three separate counts under the Illinois Whistleblower Act ("IWA") (740 ILCS § 174/1, et seq.).

    **C.** Describe the relief sought.

Plaintiff seeks all available damages under the Illinois Whistleblower Act, including but not limited to back pay with interest, front pay, punitive damages, and any damages sustained as a result of the violations, including litigation cost and reasonable attorney's fees.

    **D.** State whether there has been a jury demand.

Plaintiff demands a trial by jury as to all Counts.

  **E.**  List the names of any parties who have not yet been served.

None.

**II.**  **DISCOVERY AND PENDING MOTIONS**

  **A.**  Identify any pending motions.

None.

  **B.**  Submit a proposal for discovery and a case management plan that includes the following information: (1) the type of discovery needed, including any potential electronic discovery or bifurcated discovery; (2) the need for any proposed protective orders; (3) a date for Rule 26(a)(1) disclosures; (4) a date for the completion of fact discovery; and (5) whether there will be expert discovery.

The parties propose the following case management plan:

  Initial Disclosures: The parties have already exchanged initial disclosures.

  Written Fact Discovery: The parties have already exchanged written fact discovery requests. Both sides intend to respond in early May 2023.

  Fact Discovery: Shall close 210 days after the Court's ruling on Defendant's motion to dismiss (*i.e.* October 6, 2023).

The Plaintiff anticipates the need for limited electronic discovery. The parties do not anticipate the need for bifurcated discovery. The parties request a status hearing after the close of fact discovery to ascertain whether expert discovery on damages will be needed. Defendant intends to draft a proposed protective order using the Northern District of Illinois template.

**III.**  **SETTLEMENT AND REFERRALS**

  **A.**  State whether any settlement discussions have occurred and describe the status of any settlement discussions. (Do not provide the particulars of any demands or offers that have been made.)

The parties engaged in limited settlement discussions at the outset of the case and resumed settlement discussions following the denial of Defendant's motion to dismiss. Plaintiff is to provide Defendant with a demand in the next few weeks.

  **B.**  State whether the parties request a settlement conference at this time before this Court or the Magistrate Judge.

The parties do not request a settlement conference at this time.

    **C.**    State whether counsel have informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment, and whether the parties unanimously consent to the Magistrate Judge's jurisdiction. (Do not report whether individual parties have so consented.) The court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge.

The parties do not consent to proceed before Magistrate Judge Gabriel A. Fuentes at this time.

Dated: April 17, 2023                                                                  Respectfully submitted,

| EILEEN MERCER | FAVORITE HEALTHCARE STAFFING, LLC |
|---|---|
| */s/Navarrio Wilkerson* | */s/Kyle J. Mueller* |
| Navarrio Wilkerson, Esq.<br>DISPARTI LAW GROUP, P.A.<br>121 W. Wacker Drive, Suite 2300<br>Chicago, IL 60601<br>T: (312) 506-5511 ext. 336<br>F: (312) 846-6363<br>navarrio@dispartilaw.com | Anthony J. Romano (*pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>1201 Walnut Street, Suite 1450<br>Kansas City, MO 64106<br>ARomano@littler.com<br>816.627.4400<br><br>Kyle J. Mueller (#6324389)<br>Jeneé Gaskin (#6312870)<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, IL 60654<br>KMueller@littler.com<br>jgaskin@littler.com<br>312.372.5520 |

## **CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney, hereby certifies that on April 17, 2023, he caused a copy of the foregoing ***Joint Status Report*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

*/s/Kyle J. Mueller*
Kyle J. Mueller