# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eileen Mercer

               Plaintiff,

v.

                                     Case No.: 1:22–cv–00766

                                     Honorable Jorge L. Alonso

Favorite Healthcare Staffing, Inc.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: Based on the parties' joint status report, the Court sets the following deadlines in accordance with Fed. R. Civ. P. 16(b)(3): initial disclosures having already been exchanged, any amended pleadings shall be filed by June 19, 2023; any motions to join other parties shall be filed by June 19, 2023; fact discovery shall be complete by October 6, 2023; and dispositive motions to be filed by December 5, 2023. Any motion to join and/or motion to amend pleadings after the above date will need to meet the good cause requirements of Fed.R. Civ. P. 16. This case is referred to the Magistrate Judge for supervision of discovery and settlement, should the parties wish to schedule a settlement conference. The Magistrate Judge has authority to extend any deadlines contained in this order. The status hearing set for April 20, 2023 is stricken. The Court will monitor the docket and set further hearings as needed. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.