**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eileen Mercer

         Plaintiff,

v.                Case No.: 1:22−cv−00766
                     Honorable Jorge L. Alonso

Favorite Healthcare Staffing, Inc.

         Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: discovery supervision; settlement conference. (lf, )Notice mailed by Judge's staff.


Dated: April 19, 2023

                           /s/ Jorge L. Alonso

                        United States District Judge