## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eileen Mercer
                          Plaintiff,

v.                                                          Case No.: 1:22–cv–00766
                                                         Honorable Jorge L. Alonso

Favorite Healthcare Staffing, Inc.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 20, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge on referral (doc. #[36]) for discovery supervision and settlement, the Court has reviewed the parties' status report (doc. #[34]), and the district court's discovery schedule (doc. #[35]) closing fact discovery on 10/6/23 stands, with no expert discovery anticipated. The parties are further directed to review the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes and the Top Ten Ways to Defeat Settlement, both available on the Court's website. A further joint written status report is due by noon on 8/3/23 concerning progress toward closure of discovery and whether there is mutual interest in participating in a settlement conference before the magistrate judge. If the parties at any time decide they wish to engage in a settlement conference, they may contact the courtroom deputy, Lauren Knight, at 312–818–6514. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.