IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso |

## UPDATED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Favorite Healthcare Staffing, LLC[1] states that it is a wholly owned subsidiary of ICS US Holdings, Inc. ICS US Holdings, Inc. is 100% indirectly owned by Acacium Group Holdings Limited.[2] Acacium Group Holdings Limited is 79% indirectly owned through an investment fund structure by Onex Corporation, a corporation publicly traded on the Toronto Stock Exchange.[3] TowerBrook Capital Partners owns ~19.9% of Acacium Group Holdings Limited through Indigo Cayman 2 Ltd.

Dated: April 21, 2023

Respectfully submitted,

FAVORITE HEALTHCARE STAFFING, LLC

*/s/ Kyle J. Mueller*
Kyle J. Mueller

---

[1] Defendant is improperly named as Favorite Healthcare Staffing, Inc. The proper Defendant is Favorite Healthcare Staffing, LLC.
[2] The entities between ICS US Holdings, Inc. and Acacium Group Holdings Limited are identified in **Exhibit 1**.
[3] The entities between Acacium Group Holdings Limited and Onex Corporation are identified in **Exhibit 2**.

Anthony J. Romano (*pro hac vice*)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
816.627.4400

Kyle J. Mueller
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.372.5520

# EXHIBIT 1

ICSG Ltd
Indigo BidCo Ltd
Indigo CleanCo Ltd
Indigo Intermediate Ltd
Indigo Parent Ltd
Impala BidCo 0 Ltd
Impala Midco II Ltd
Acacium Group Ltd

# EXHIBIT 2

Impala Limited Partnership
Onex Partners V-B LP
Onex Partners V PV-B LP
Onex Partners V PV LP
Onex Partners V LP
Onex Partners V Select LP
Onex Partners V GP LP
Onex Partners V GP Limited
Onex Partners Canadian GP Inc.
Onex Advisor Subco III LLC
New PCo II Investments Ltd.
Onex Capital V International GP LP
Onex OP V Holdings Sarl
Onex Partners Holdings LLC
Onex American Holdings Subco LLC
Onex Private Equity Holdings LLC
Onex US Principals LP
Onex American Holdings GP LLC

## **CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney, hereby certifies that, on April 21, 2023, he caused a copy of the foregoing ***Updated Corporate Disclosure Statement and Notification of Affiliates*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (electronic case filing) system, which will send notification of such filing to:

Navarrio Douglas Wilkerson
Disparti Law Group, P.A.
121 W. Wacker Dr.
Ste 2300
Chicago, IL 60601
810-348-8463
navarrio@dispartilaw.com

*/s/ Kyle J. Mueller*
Kyle J. Mueller