## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eileen Mercer
                              Plaintiff,

v.                                          Case No.: 1:22–cv–00766
                                            Honorable Jorge L. Alonso

Favorite Healthcare Staffing, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

    MINUTE entry before the Honorable Gabriel A. Fuentes: The parties are directed to review and comply with the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes, available on the Court's website and revised as of 5/31/23, with the most recent revisions concerning the use of generative artificial intelligence in the preparation of documents filed with the magistrate judge under any applicable referral, or all filed documents if the matter is before the magistrate judge on consent. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.