# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eileen Mercer

                          Plaintiff,

v.                                                     Case No.: 1:22–cv–00766

                                                                 Honorable Jorge L. Alonso

Favorite Healthcare Staffing, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant'sMotion to appear pro hac vice [38] is granted. Attorney Jeannie M. DeVeney is given leave to file an appearance on behalf of Defendant. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.