IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso <br> Magistrate Judge Gabriel A. Fuentes |

## MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P. 26(c)"), Defendant Favorite Healthcare Staffing, LLC[1] ("Favorite" or "Defendant"), by and through its attorneys, Littler Mendelson, P.C., states that it is necessary to have a confidentiality order to preserve the confidentiality of certain documents, information, and testimony to be produced and given by the parties and witnesses in this case.

1.  Defendant states that certain documents, information, and testimony in this litigation should be kept confidential to protect the privacy rights of the parties, Defendant's legitimate business interests, and Defendant's employees and clients.

2.  Because the public disclosure of such information and documents might cause private and confidential information to be disclosed to the detriment of the parties, Defendant states that "good cause" pursuant to Fed. R. Civ. P. 26(c) exists, and requests that the Court enter the parties' agreed confidentiality order.

3.  Pursuant to the Standing Order for Civil Cases Before Magistrate Judge Fuentes, Defendant will separately submit a redlined copy and a clean copy of the agreed confidentiality

---

[1] Defendant is improperly named as Favorite Healthcare Staffing, Inc. The proper Defendant is Favorite Healthcare Staffing, LLC.

order in Word format to the Court's Proposed Order electronic mailbox: Proposed_Order_Fuentes@ilnd.uscourts.gov.

WHEREFORE, for the foregoing reasons, Defendant, by and through its undersigned counsel, respectfully requests that this Court enter the parties' agreed confidentiality order.

Dated: July 12, 2023

Respectfully submitted,

FAVORITE HEALTHCARE STAFFING, LLC

*/s/ Kyle J. Mueller*
Kyle J. Mueller

Jeannie M. DeVeney (pro hac vice)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
816.627.4400

Kyle J. Mueller
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.372.5520

## CERTIFICATE OF SERVICE

Kyle J. Mueller, an attorney, hereby certifies that, on July 12, 2023, he caused a copy of the foregoing *Motion for Entry of Agreed Confidentiality Order* to be electronically filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record via email:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

/s/*Kyle J. Mueller*
Kyle J. Mueller