IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER, <br><br> Plaintiff, <br><br> v. <br><br> FAVORITE HEALTHCARE STAFFING, INC., <br><br> Defendant. | Case No. 1:22-cv-00766 <br><br> Honorable Jorge L. Alonso <br> Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry dated April 20, 2023 (Dkt. 37), the parties submit the following joint written status report:

**I.    PROGRESS TOWARD CLOSURE OF DISCOVERY**

The parties exchanged written discovery responses in June 2023 and will meet and confer over any deficiencies identified. Defendant has noticed Plaintiff's deposition for September 1, 2023. Plaintiff has noticed five (5) depositions to occur after Plaintiff's deposition and indicated the possibility of additional third-party depositions. The parties may also require supplemental discovery production but expect to confer and resolve as necessary.

Fact discovery is set to close on October 6, 2023. The parties request a 60-day extension, up to and including December 5, 2023 to allow sufficient time for settlement discussions and the completion of oral discovery, if necessary. The parties request an equal extension of the dispositive motion deadline, up to and including February 2, 2024.

The parties request the option to file a joint written status report after the close of fact discovery to identify whether expert discovery on damages will be needed.

**II.   INTEREST IN SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**

The parties are actively engaged in settlement discussions and aim to exhaust negotiations before oral discovery. Plaintiff submitted a demand in late July and Defendant is preparing a response. The parties do not request a settlement conference at this time.

| | |
|---|---|
| Dated: August 2, 2023 | Respectfully submitted, |
| **EILEEN MERCER** | **FAVORITE HEALTHCARE STAFFING, LLC** |
| */s/Navarrio Wilkerson* | */s/Kyle J. Mueller* |
| Navarrio Wilkerson, Esq.<br>DISPARTI LAW GROUP, P.A.<br>121 W. Wacker Drive, Suite 2300<br>Chicago, IL 60601<br>T: (312) 506-5511 ext. 336<br>F: (312) 846-6363<br>navarrio@dispartilaw.com | Jeannie M. DeVeney (*pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>1201 Walnut Street, Suite 1450<br>Kansas City, MO 64106<br>816.627.4400<br><br>Kyle J. Mueller<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, IL 60654<br>312.372.5520 |

## **CERTIFICATE OF SERVICE**

Kyle J. Mueller, an attorney, hereby certifies that on August 2, 2023, he caused a copy of the foregoing ***Joint Status Report*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to:

Navarrio Wilkerson, Esq.
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, IL 60601
T: (312) 506-5511 ext. 336
F: (312) 846-6363
navarrio@dispartilaw.com

*/s/Kyle J. Mueller*
Kyle J. Mueller