UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Eileen Mercer
                    Plaintiff,

v.                                                  Case No.: 1:22−cv−00766
                                                    Honorable Jorge L. Alonso

Favorite Healthcare Staffing, Inc.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2023:

    MINUTE entry before the Honorable Gabriel A. Fuentes: The parties' joint written status report (doc. #[46]) is construed as a joint motion to extend fact discovery to 12/5/23, in large part to accommodate ongoing settlement discussions. The Court grants the motion to promote that discussion. Fed. R. Civ. P. 1. But as the parties know, they need to be in either the litigation or the settlement portal, and not in both at the same time for any extended. Accordingly, the extension is declared firm. A further joint status report on discovery progress and settlement status is due by noon on 10/19/23. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.