Vinesign Document ID: B2EC3049-AA5E-4312-8902-FCAA039CBC66

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| EILEEN MERCER,<br><br>        Plaintiff,<br><br>    v.<br><br>FAVORITE HEALTHCARE STAFFING, INC.,<br><br>        Defendant. | Case No. 2022-cv-00766<br><br>The Honorable Judge Jeffrey I. Cummings<br><br>Magistrate Judge Gabriel A. Fuentes |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, Eileen Mercer and Defendant, Favorite Healthcare Staffing, Inc., hereby stipulate and agree to the voluntary dismissal of the matter, including any and all pending claims in this matter, with prejudice, without costs or fees to either party.

| | |
|---|---|
| **EILEEN MERCER** | **FAVORITE HEALTHCARE STAFFING, INC.** |
| By: _/s/ N. Haines_____ | By: _/s/ K. Mueller_____ |
| Nicollette M. Haines, Esq.<br>Disparti Law Group, P.A.<br>121 W. Wacker Drive, Suite 2300<br>Chicago, Illinois 60601 | Kyle J. Mueller, Esq.<br>Littler Mendelson, P.C.<br>321 N. Clark, Suite 1100<br>Chicago, IL 60654 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: 11/08/2023 | Dated: 11/08/2023 |

The signed document can be validated at https://app.vinesign.com/Verify